THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CONRAD HART, Appellant.

(Argued March 25, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Supreme Court, rendered September 26, 1917, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*Harry E. Lewis,* District Attorney (*Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

LAMONT MCLOUGHLIN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*McLoughlin v. City of New York,* 178 App. Div. 884, affirmed.

(Argued March 25, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1917, affirming a judgment in favor of plaintiff entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint. Plaintiff had been regularly appointed clerk of the change of grade damage commission. On September 15, 1902, all of the commissioners resigned and their successors were not appointed until March 24, 1904. There being no commissioners to sign a payroll during the interval, the plaintiff received no salary during that time. The newly appointed commissioners refused to act on the ground that they were not in office during the period mentioned. Plaintiff thereupon brought this action to recover the amount of his salary during the period in question. The Special Term held that even assuming that the plaintiff's appointment survived the resignation of all the commissioners, the filing of a

voucher and certificate signed by a majority of the commission was a condition precedent to the right of the plaintiff to payment, and that before the city could pay any salary a voucher should have been certified by the municipal civil service commission.

*Lamont McLoughlin* appellant in person.

*William P. Burr,* Corporation Counsel (*Terence Farley* and *John F. O'Brien* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

THE CITY OF NEW YORK, Appellant, *v.* ARTHUR H. MASTEN, Respondent.

*City of New York* v. *Masten,* 174 App. Div. 661, affirmed.

(Argued March 26, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The defendant owned property on East Seventy-ninth street, New York city, in front of which was a high stoop. Thereafter he made alterations in his house which included the removal of the steps of the stoop and the substitution of an entrance at the sidewalk level. Underneath the stoop at the level of the cellar floor was a space of about thirteen by five feet, inclosed by the stoop walls and roofed with a substantial brick arch, the highest part of which was about two feet eight inches below the sidewalk level. The stoop walls were cut off about eight inches below the sidewalk level, but the arch was not disturbed. The space between the walls above the arch was filled in and a concrete pathway extending from the sidewalk to the front door was laid over the filling. In this action the city asked for a mandatory injunction requiring the defendant to fill in the space under the